UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Behler, et al.,

                        Plaintiff(s),

    -against –

TD Bank N.A., et al.,

                        Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:21-CV-09335 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled **(as only to Defendant TD Bank N.A.)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant TD Bank N.A.)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

**Plaintiff(s) shall provide a provide a status update as to the co-Defendant no later than May 20, 2022.**

    **SO ORDERED**.

Dated: May 13, 2022
    White Plains, New York

*Cathy Seibel*
_____
CATHY SEIBEL, U.S.D.J.